DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
CARLY BALBOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLY BALBOA,<br><br>Defendant. | Case No. 1:25-cr-00132-JLT<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS.<br><br>PROPOSED DATE: December 7, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

On July 13, 2026, Ms. Balboa pled guilty to counts one of the pending indictment. A pre-sentence interview was conducted in a timely manner, but due to unforeseen circumstances counsel have been unable to complete the safety-valve interview.

Therefore, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for October 26, 2026, be continued to December 7, 2026. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

11/2/2026: Informal objections due
11/16/2026: Final PSR due
11/23/2026: Formal objections filed with the Court
12/7/2026: Judgment & Sentencing

Counsel for the government and the assigned USPO have no objection to the proposed schedule.

IT IS SO SIPULATED:

ERIC GRANT
United States Attorney

DATED: 10/6/2026

/s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

DATED: 10/6/26

/s/ Douglas Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
ALVARO LAGOS MIERIES

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on October 6, 2026, and reviewed the record of this case. For the reasons stated in the stipulation, the request to continue sentencing is GRANTED and dates are reset as discussed above.

IT IS SO ORDERED.

Dated: _October 7, 2026_

UNITED STATES DISTRICT JUDGE